ORIGINAL

FILED

04/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0136

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0136

AUSTIN LAKE,

Plaintiff and Appellant,

v.

DEPARTMENT OF LABOR AND INDUSTRY,
UNEMPLOYMENT INSURANCE APPEALS
BOARD, and TOWN PUMP, INC.

Defendant and Appellee.

FILED

APR - 9 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

This Court reviews briefs to ensure compliance with the Montana Rules of Appellate Procedure. After reviewing the Appellant's Reply Brief filed on April 8, 2024, this Court has determined that the brief is premature and thus rejected.

M. R. App. P. 13(1) provides that an Appellee shall, unless granted an extension, file its response brief within 30 days of service of the Appellant's opening brief. Appellant's Opening Brief indicates service upon Appellees on March 27, 2024. The Rule further provides that an Appellant may serve and file a reply brief within 14 days of service of an Appellee's response brief. Appellant mistakes notice of the filing of the administrative record on appeal as notice of the filing of Appellees' response brief. Appellees have not yet filed a response in this matter and thus Appellant's reply is premature. Upon service of Appellees' response, Appellant may file a reply brief pursuant to M. R. App. P 11, 12, and 13.

M. R. App. P. 11, 12, and 13 provide for the form, service, and filing of appellate briefing (including cover page, paper size, margins, line spacing, typeface, length and word calculation, certificate of compliance, signature, and service requirements). If Appellant chooses to file a reply brief, it should comply with all Rule 11, 12, and 13 requirements.

Therefore,

IT IS ORDERED that the document filed on April 8, 2024, is rejected.

IT IS FURTHER ORDERED that, should Appellant choose to file a reply brief in this matter, the time for filing Appellant's reply shall run from the date of filing of the Appellees' response brief pursuant to M. R. App. P. 13(1).

The Clerk of this Court is directed to mail a true copy of this Order to Appellant and to mail a true copy of this Order to all counsel upon whom the brief was served.

DATED this 9th day of April, 2024.

For the Court,

By_____

Justice

2